UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEWYORK

------------------------------------------------------------ x

LISA POWERS,

      Plaintiff,

-against-

ASPLUNDH CONSTRUCTION CORP.

      Defendant.

------------------------------------------------------------ x

STIPULATION OF DISMISSAL
WITH PREJUDICE

17-cv-5541 (JMA) (AKT)

**FILED**
**CLERK**

1/9/2019 10:43 am

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

IT IS HEREBY STIPULATED AND AGREED, by and between all parties to this action, by and through their respective attorneys, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) this action and all claims asserted herein are hereby dismissed with prejudice and without costs, attorneys' fees, expenses or disbursements to any party.

The parties further agree that no further suit will be instituted against Asplundh Construction Corp., its agents, servants, employees, or former employees for the same causes of action which have been asserted herein, or for any other causes of action arising out of the incidents or circumstances which gave rise to this lawsuit.

Dated: New York, New York
   January ___, 2019

TAUBMAN KIMELMAN & SOROKA, LLP
*Counsel for Plaintiff*
30 Vesey Street, 6th Floor
New York, New York 10007

By: _____
  PHILIP E. TAUBMAN
  (212) 227-8140
  ptesquire@gmail.com

Dated: New York, New York
January __7__, 2019

LAVIN, O'NEIL, CEDRONE & DISIPIO
*Counsel for Defendant*
420 Lexington Avenue, Suite 335
New York, New York 10170

By: /s/ Wayne A. Graver
WAYNE A. GRAVER
(212) 319-6898
WGraver@lavin-law.com

Case closed.
SO ORDERED.
/s/ JMA, USDJ
1/9/2019